IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN RAMIREZ, | ) | No. C 10-3008 LHK (PR) |
| Petitioner, | ) ) ) | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO RESPONDENT'S MOTION TO DISMISS |
| v. | ) ) ) | |
| A. NOLLS, | ) ) | |
| Respondent. | ) ) | |

Petitioner has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Before the Court is Petitioner's motion for extension of time to file his opposition to Respondent's motion to dismiss.

On January 12, 2011, Petitioner filed an extension of time to file his opposition to Respondent's motion to dismiss by February 18, 2011. On February 16, 2011, Petitioner filed his opposition. On March 2, 2011, Respondent filed his reply to Petitioner's opposition. Petitioner's motion is GRANTED and deemed timely filed, and this matter is submitted.

This order terminates docket no. 5.

IT IS SO ORDERED.

DATED:  3/21/11

LUCY H. KOH
United States District Judge

Order Granting Petitioner's Motion for Extension of Time to File Opposition to Respondent's Motion to Dismiss
P:\PRO-SE\SJ.LHK\HC.10\Ramirez008eot-oppo.wpd