IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RAMIREZ,                    )<br>                                                 )<br>          Petitioner,               )<br>                                                 )<br>   v.                                        )<br>                                                 )<br>A. NOLLS,                            )<br>                                                 )<br>          Respondent.           )<br>_____)  | No. C 10-3008 LHK (PR)<br><br>JUDGMENT |

An order of judgment is hereby entered DISMISSING this action for failure to state a claim.

IT IS SO ORDERED.

DATED: 4/19/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\HC.10\Ramirez088jud.wpd